# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JARELL D. TERRY**  **PLAINTIFF**
**ADC #149998**

v.    CASE NO: 2:21-cv-00030-JM-JJV

**JAMES DYCUS,** *et al.*    **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's claims against Defendant Barnett are dismissed without prejudice for failure to state a claim on which relief may be granted and as not properly joined.

2. Defendant Barnett is dismissed from this action.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 27th day of July 2021.

_____
UNITED STATES DISTRICT JUDGE