IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARELL D. TERRY**  **PLAINTIFF**
ADC #149998

v.   CASE NO: 2:21-cv-00030-JM-JJV

**JAMES DYCUS,** *et al.*   **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. After carefully considering the ADC Defendants' objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Judgment on the Pleadings (Doc. No. 31) is GRANTED as to Plaintiff's claims against Defendants Dycus and Naylor, and to Plaintiff's meal-related claims against Defendant Norment.

2. Defendants Dycus and Naylor are dismissed from this action.

3. Plaintiff's meal-related claims against Defendant Norment are dismissed from this action.

4. Defendants' Motion for Judgment on the Pleadings (Doc. No. 31) is DENIED as to Plaintiff's excessive force and decontamination claims against Defendants Norment, Graham, and Kelly.

5. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 9th day of September, 2021.

                                                                _____
                                                                UNITED STATES DISTRICT JUDGE