IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JARELL D. TERRY                                                                                                        PLAINTIFF
ADC #149998

v.                                            2:21-cv-00030-JM-JJV

JAMES DYCUS, Warden, ADC; *et al.*                                                             DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After conducting a *de novo* review, this Court adopts the Partial Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. 81) is GRANTED, and Defendants Troop and Norment are DISMISSED without prejudice from this lawsuit.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

3. Plaintiff's motion for voluntary dismissal (Doc. No 108) is denied as MOOT.

Dated this 29th day of March 2022.

_____
UNITED STATES DISTRICT JUDGE