**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

JARELL D. TERRY                                                                 PLAINTIFF
ADC #149998

v.                                            2:21-cv-00030-JM-JJV

JAMES DYCUS, Warden, ADC; *et al.*                              DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed, and the time to do so has passed.  After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1.     Defendant Munn's Motion for Summary Judgment (Doc. 100) is GRANTED, Plaintiff's claims against Defendants Munn and Sykes are DISMISSED without prejudice, and this case is CLOSED.

2.     It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 26th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE