IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JARELL D. TERRY                                                                                           PLAINTIFF
ADC #149998

v.                                           2:21-cv-00030-JM-JJV

JAMES DYCUS, Warden, ADC; *et al.*                                                         DEFENDANTS

## JUDGMENT

Consistent with the Order entered today and previously (Docs. 23, 39, 44, 48, 69, 75, 112), Plaintiff's claims are DISMISSED, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 26th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE